

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 5, 2013

**BY HAND**

The Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Juan Ramirez*, 13 Mj. 2808

Dear Judge Smith:

The Government respectfully requests that the complaint in the above-referenced case be unsealed for the limited purpose of providing the complaint to defense counsel, and that the complaint otherwise remain under seal.

Thank you for your consideration of this matter.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *(signature)*
Michael Gerber
Assistant United States Attorney
Tel: (914) 993-1958

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/13

SO ORDERED: *(signature)*
Hon. Lisa Margaret Smith
U.S.M.J.