

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

December 6, 2013

**BY HAND**

The Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States* v. *Juan Ramirez*, 13 Mj. 2808

Dear Judge Smith:

    The Government respectfully requests that the Court enter the attached proposed sealing order in the above-captioned case. Jason Ser, Esq., who is representing the defendant until the defendant retains counsel, consents to the entry of the proposed order.

    Thank you for your consideration of this matter.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *[signature]*
Michael Gerber
Assistant United States Attorney
Tel: (914) 993-1958

cc: Jason Ser, Esq.

Enclosure