# TRACHTE LAW OFFICE PC

PAUL TRACHTE
KENYON C. TRACHTE

26 WEST STREET
NEWBURGH, N.Y. 12550
PHONE: 845.565.3999
FAX: 845.565.3997

WWW.TRACHTELAW.COM
TRACHTELAW@GMAIL.COM

Application Granted / Denied
So Ordered.

*Cathy Seibel*

Cathy Seibel, U.S.D.J.

Dated: 3/24/2014

**MEMO ENDORSED**

March 24, 2014

*Via Facsimile 914-390-4256*
United States District Court
Hon. Paul E. Davison
500 Pearl Street
New York, NY 10007-1312

*Adjourned to March 28, 2014 at 12:00 noon*

Re: United States of America v. Juan Ramirez
14 Cr.95

Your Honor:

With consent of Assistant United States Attorney, Michael Gerber, at this time I respectfully an adjournment of Mr. Ramirez's case for tomorrow. I am currently on trial in Orange County Court and the jury was charged this afternoon. It does not appear that we will receive a verdict until tomorrow at the earliest, and this is the reason for my adjournment request.

Thank you for your consideration of this matter. Should you need any further information please do not hesitate to contact the undersigned.

Very truly yours,

TRACHTE LAW OFFICE PC

PAUL TRACHTE

PDT/lgt

cc: *Assistant United States Attorney Michael Gerber via facsimile 914-993-1980*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2014