UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                          Plaintiff,                        **MEMORANDUM**

        -against-                                  14 Cr. 0095 (CS)

JUAN RAMIREZ,

                          Defendant.
-------------------------------------------------------------X

TO:   Cathy Seibel, United States District Judge:

      Please find attached a transcript of the June 10, 2014 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated:  July 28, 2014
           White Plains, New York

                                                              Respectfully Submitted,

                                                              JUDITH C. McCARTHY
                                                              United States Magistrate Judge